APRIL 18, 1956.

No. 775. UNITED ELECTRICAL, RADIO AND MACHINE WORKERS OF AMERICA (UE) ET AL. *v.* GOODMAN MANUFACTURING CO. ET AL. On petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit. Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court. *David Scribner* and *Basil R. Pollitt* for petitioners. *Solicitor General Soboloff* for the National Labor Relations Board, respondent.

APRIL 23, 1956.

No. 511. SOUTH CAROLINA ELECTRIC & GAS CO. *v.* FLEMMING. Appeal from the United States Court of Appeals for the Fourth Circuit. *Per Curiam:* The appeal is dismissed. *Slaker* v. *O'Connor,* 278 U. S. 188. *W. C. McLain, Frank B. Gary* and *Arthur M. Williams* for appellant. *Robert L. Carter, Thurgood Marshall* and *Philip Wittenberg* for appellee. Briefs of *amici curiae* supporting appellant were filed by *T. C. Callison,* Attorney General, and *William A. Dallis,* Assistant Attorney General, for the State of South Carolina, and by City Attorneys for the City of Columbia, South Carolina.